**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6417**

CHARLES KENZELL CARTER,

Plaintiff - Appellant,

v.

CORRECTIONAL OFFICER C. COLE; CORRECTIONAL OFFICER C. POWERS; CORRECTIONAL OFFICER M. RUTLEDGE; UNIT MANAGER JONATHAN CARICO; SERGEANT COLEMAN DOE; SGT. C. CAUDILL; LIEUTENANT BAILEY; NURSE DAVINSON, RN; WARDEN DAVID ZOOK; ASSISTANT WARDEN ANDERSON,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Thomas T. Cullen, District Judge.  (7:20-cv-00409-TTC-RSB)

Submitted:  December 20, 2022                    Decided:  December 22, 2022

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles Kenzell Carter, Appellant Pro Se.  Rosalie Fessier, Brittany Elizabeth Shipley, TIMBERLAKE SMITH, Staunton, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Kenzell Carter, a Virginia prisoner, appeals the district court's order granting summary judgment to Defendants on his Eighth Amendment claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Carter v. Corr. Officer Cole*, No. 7:20-cv-00409-TTC-RSB (W.D. Va. Mar. 14, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*